UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HERIBERTO SANCHEZ ACOSTA,

                Petitioner,

   v.

UR MENDOZA JADDOU, et al.,

                Respondent.

Case No. 3:24-cv-05584-JNW-TLF

ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $405.00 Court filing fee.

Dated this 23rd day of August, 2024.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge