District Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HERIBERTO SANCHEZ ACOSTA,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-05584-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>September 24, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until January 27, 2025.  Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on his Form I-918, Application for U Nonimmigrant Status, and Form I-765, Application for Employment Authorization.  For good cause, the parties request that the Court hold this case in abeyance until January 27, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION
[Case No. 3:24-cv-05584-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention.  USCIS has issued a Request for Evidence ("RFE") to Plaintiff concerning the applications.  Plaintiff has until December 19, 2024, to respond to the RFE.  USCIS must receive and review this response before continuing with the processing of his applications.  Accordingly, the parties respectfully request that the instant action be stayed until January 27, 2025.  The parties will submit a joint status report on or before January 27, 2025.

DATED this 24th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | RICH IMMIGRATION PC |
| TESSA M. GORMAN<br>United States Attorney | *s/ Katherine H. Rich*<br>KATHERINE H. RICH, WSBA #46881 |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826 | 1207 N. 200th Street, Suite 214b<br>Shoreline, Washington 98133<br>Phone: (206) 853-4073<br>Email: katherine@richimmigration.com<br><br>*Attorney for Plaintiff* |
| (253) 428-38<br>Email:  michelle.lambert@usdoj.gov | |

*Attorneys for Defendants*

**I certify that this memorandum contains 252 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION
[Case No. 3:24-cv-05584-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The stipulated motion, Dkt. No. 6, is GRANTED. This case is held in abeyance until January 27, 2025. The parties shall submit a joint status report on or before January 27, 2025. It is so **ORDERED**.

DATED this 25th day of September, 2024.

*[signature]*

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION
[Case No. 3:24-cv-05584-JNW] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800